### H.O.R.S.E. OF CONNECTICUT, INC. *v.* TOWN OF WASHINGTON

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 41 (AC 18353), is granted, limited to the following issues:

"Did the Appellate Court properly conclude that: (1) there were no material facts in dispute regarding whether the plaintiff's property is used exclusively for charitable purposes under General Statutes § 12-81 (7); and (2) even if there were no such facts in dispute, as a matter of law the plaintiff is a charitable organization under § 12-81 (7), and uses its property exclusively for charitable purposes?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16313.

*William C. Franklin,* in support of the petition.

*Jeffrey J. Tinley*, in opposition.

Decided May 18, 2000